CUYAHOGA COUNTY BAR ASSOCIATION *v.* VITULLO.

[Cite as *Cuyahoga Cty. Bar Assn. v. Vitullo* (1999), 86 Ohio St.3d 549.]

(No. 99–806—Submitted June 9, 1999—Decided September 8, 1999.)

*Michael M. Courtney* and *Thomas E. Kocovsky,* for relator.

**Per Curiam.** We adopt the findings, conclusions, and recommendation of the board. Respondent is hereby indefinitely suspended from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

COOK, J., dissents.

**COOK, J., dissenting.** Given respondent's pattern of misconduct and misappropriation of client funds and property, and the lack of mitigating evidence, I would permanently disbar respondent from the practice of law in Ohio.